*Vinson* and *Philip R. Monahan* for the United States.

No. 338, Misc. STARNER *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. 

No. 37, October Term, 1966. CURTIS PUBLISHING CO. *v.* BUTTS, 388 U. S. 130;

No. 57, October Term, 1966. AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL., 387 U. S. 397;

No. 59, October Term, 1966. NATIONAL AUTOMOBILE TRANSPORTERS ASSOCIATION OF DETROIT *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL., 387 U. S. 397;

No. 60, October Term, 1966. UNITED STATES ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL., 387 U. S. 397;

No. 150, October Term, 1966. ASSOCIATED PRESS *v.* WALKER, 388 U. S. 130;

No. 616, October Term, 1966. WENZLER *v.* PITCHESS, SHERIFF, ET AL., 388 U. S. 912;

No. 1093, October Term, 1966. ORDER OF RAILWAY CONDUCTORS & BRAKEMEN ET AL. *v.* UNITED STATES ET AL., 388 U. S. 455;

No. 1112, October Term, 1966. FOSTER *v.* LYKES BROS. STEAMSHIP CO., INC., 387 U. S. 908;

No. 1164, October Term, 1966. LANDAU *v.* FORDING, CHIEF OF POLICE, ET AL., 388 U. S. 456; and

No. 1190, October Term, 1966. NUCCIO ET AL. *v.* UNITED STATES, 387 U. S. 906. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.